446

DODGE TRUCKS, INC., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 5, 1974.*

DODGE TRUCKS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

· PER CURIAM.